ETHEL R. PRAGER, Respondent, v. HARRY L. TOPLITZ, etc., and Others, Appellants, and SAMSON L. TOPLITZ and BETTY M. HELBORN, as Executors, etc., and

Others, Respondents.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. In the meantime, a proper substitution of parties and attorneys should be made. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.